UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BRANDESS D. SORRELS,<br><br> Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br> Defendant. | Civil No. 6:22-cv-01589-MC<br><br><br>ORDER FOR REMAND |

 Based on the stipulation of the parties, it is ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary, and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

 The parties agree that reasonable attorney fees may be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

 IT IS SO ORDERED this 1st day of May, 2023.

            s/Michael J. McShane
            MICHAEL J. MCSHANE
          UNITED STATES DISTRICT COURT JUDGE

Submitted by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

KEVIN C. DANIELSON, OSB #065860
Civil Division Chief

s/ Edmund Darcher
EDMUND DARCHER
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2662